Lingling Fan
PLAINTIFF
442 5th Ave #2052, new york, NY10018

VS.

Case: 1:23−cv−00337
Assigned To : Unassigned
Assign. Date : 2/6/2023
Description: Pro Se Gen. Civ. (F−DECK)

DEFENDANTS:
 1)Santa Clara County Sheriff's Office:
55 West Younger Avenue
San Jose, California 95110-1721

2) San Jose police department(down san jose zone):
201 W Mission St, San Jose, CA 95110

3)Sacramento Police Department:
5770 Freeport Blvd; Sacramento, CA

4) CA Department of Insurance:
Producer Licensing Processing Section
300 Capitol Mall
Sacramento, CA 95814

5) Nebraska State Patrol Troop A:Police department in Omaha, Nebraska
4411 S 108th St, Omaha, NE 68137

6)AAC FUNDING IV LLC & Superior Court of Santa Clara County 1745
SHEA CENTER DR., #200, HIGHLANDS RANCH, CO 80129 (current) 818
WEST SEVENTH STREET, SUITE 930, LOS ANGELES,90017(former)

Superior Court of Santa Clara County
 191 N First St, San Jose, CA 95113



RECEIVED

FEB - 6  2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# complaint

Serious county government corruption has severely damaged my rights to life, health, reputation and credits over the past four years. They colluded together, sheltered a rapist, and accepted bribes.

This rapist calls Keith Springer who was a TV personality, "philanthropist" and local government "money donor" in Northern California. In fact this person has cleared his past criminal records through legal means, which cannot be found on the Internet at all, only a TV personality "philanthropist" and local government "money donor" can be found. Announced by the SEC in November last year: this perpetrator is a professional fraudster.

The rape case I encountered during the job interview I reported in October 2018 not only is suppressed the case making no progress, but also further misled and intimidated me and retaliated against me.

It is very obvious that after the rape case, the apartment I lived at the time, the santa clara county where I lived and did crime report, and the Sacramento county where the case was transferred, a large number of grassroots staff were bribed. Attacks and persecution came from them to me swiftly and directly.

I did not take civil action reasons: I do not have time, reason 1: too many attacks and harrassings. reason 2: I thought the rapist 100% in the jail even the police department did not send me any updates. Reason 3: I didn't know the government in northern california was so corrupt. Reason 4: Severe mental shock and stress directly from Santa Clara County Sheriff's Office.Not in the jail, did not cut off the criminal's financial chain, then caused the criminal to bribe the local government, so that they attacked me. A counterattack was launched to shield their money benefactor.

The perpetrator bribed the local government is very difficult to investigate,

especially the perpetrator is a male, who is a fake LGBT providing sexual services which can consider as a bribery too, and the linkedin account currently writes that he is dealing drugs (marijuana) to show that he has not been cut off from funds (the enemy is too many), disco playing and dancing, age 60. Behavior like this at age 60 must have been absorbed by a foreign perverted organization, and both sides take advantage while committing crimes and bribes in the United States。 He pinpointed me so precisely, laid traps on me so precisely, and fully aware of my private health information.As well as a large number of Chinese items in his home, his religious belief is also a combination of Chinese Taoism and Buddhism, so there is no other organization that absorbs him except the Chinese Communist Party.

 It was shameless that these things happened, and I also realized that I was being targeted by the bad group.Whoever with certain money spent the least amount of money to buy a group of low-level workers and quickly organize them into a huge Nazi organization. This method is the method adopted by the Chinese Communist Party at the beginning and after its establishment. The cost is extremely low, the profit is maximized.They used this method to gain power in China, and felt that the "successful experience"（shortcut）must be replicated?They do everything shortcut why they do not do their life shortcut as well. So after the incident, I have been paying attention to suspicious events and a lot of information analysis from the Internet. In particular, a revelation by Billionaire Guo Wengui that resonated with many overseas Chinese. He has his strong financial background to support him in investigating this information. I have analyzed his content, and the link is here :https://www.youtube.com/watch?v=1qgZnEZd3Zk. The video lists in great detail that the leader of the CCP actually lives in Santa Clara County and has an American passport with a huge amount of real estate investments. Then they can easily solve the problem of controlling Santa Clara County and Sacramento County with the money they defrauded from the Chinese.

From 2018/10 to 2022/11, until SEC fined him and revoked his financial license (meaning that the source of funds was cut off), he announced that this person is a habitual financial fraud: defrauding Americans of their pensions.

From then on, after more than four years of personal attacks, severe harassment in daily life, infringement of health rights, and damage to reputation suddenly stopped. Before the SEC department issued the announcement, the investigators of the Santa Clara County Sheriff's Office told me directly that the rapist was a celebrity. How could someone report the rape? The policeman who handled the case was full of discrimination against me, not to mention, it mainly caused my psychological shadow for more than four years. I always thought that this person had some background, and this also included all kinds of pressure on me for more than four years. See the detailed timeline diagram for details. These four years are the most important time in my life. I originally planned to get married and have children, but these things directly made me doubt life and fell into the black hole of life. Not to mention getting married and having children, even a normal life There are no guarantees. Of course, this is mainly a mental trauma, and then there is constant harassment and making troubles on me.

As for legal proceedings and dealing with the police, I have never encountered them in my life. Naturally, I am completely ignorant of these, which can be seen in my resume and background checks. In addition, English is not my mother tongue. I have to spend a lot of time learning my professional language, and I have no time to understand the English and language of the litigation and police department. But Santa Clara County took advantage of this and kept filing various lawsuits against me. Each lawsuit lasted three years, and the final result was surprisingly consistent: dismiss. I am very ashamed of their behavior, it is very obvious that they are using their position for personal gain, and the reason is analyzed in the chart.

There are at least three attachments : 1) attach 1    2) Timeline of Serial cases 3)anonymously report

The parties demanded compensation for the great damages caused to me in the past four years and currently still continuing during the timing which was the most important time of my life. The most important life time, reputation and health I lost they can not get back to me.They were devastating to my life.I am here only stating a very minimal reparation(The reason is I guess these parties probably can not afford more than this amount) and apologizing.

 1)Santa Clara County Sheriff's Office: $800million 55 West
Younger Avenue
San Jose, California 95110-1721

2) San Jose police department(down san jose zone): $90million
201 W Mission St, San Jose, CA 95110

3)Sacramento Police Department: $30million
5770 Freeport Blvd; Sacramento, CA

4) CA Department of Insurance: $6,000
Producer Licensing Processing Section
300 Capitol Mall
Sacramento, CA 95814

5) Nebraska State Patrol Troop A:Police department in Omaha, Nebraska
4411 S 108th St, Omaha, NE 68137 $30 million


6)AAC FUNDING IV LLC & Superior Court of Santa Clara County 1745
SHEA CENTER DR., #200, HIGHLANDS RANCH, CO 80129 (current) 818
WEST SEVENTH STREET, SUITE 930, LOS ANGELES,90017(former)
$200million

02/05/2023 _____

Original signature(in pen)

\_\_Lingling_Fan_____

Name

442 5th ave 2052 new york, ny10018

Address